Printed: 06/23/10 09:13 AM

Page: 1

# Claims Distribution Small Checks

Trustee: Bridget A. Brine (430170)

Case: 09-50289 - NAPOLI, JOHN F

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920000598427660 | 10112 | 06/23/10 | | | | Payee: U.S. Bankruptcy Court | | | Check Amount: | $6.21 |
| | | | 1 | 04/23/09 | 610 | BELL INDUSTRIES | 133.04 | 133.04 | 1.79 | 1.79 |
| | | | 8 | 05/18/09 | 610 | TILTON EQUIPMENT CO | 262.20 | 262.20 | 3.50 | 3.50 |
| | | | 11 | 06/02/09 | 610 | U S BANK NA | 68.83 | 68.83 | 0.92 | 0.92 |

(*) Denotes objection to Amount Filed

RECEIVED
2010 JUN 28 AM 9:49
U.S. BANKRUPTCY COURT
DULUTH, MN